

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00563-CV

**IN THE INTEREST OF A.R.**, H.R., and D.R., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02447
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:     Patricia O. Alvarez, Justice

Sitting:        Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  February 20, 2013

AFFIRMED

        This is an appeal from the trial court's order terminating Appellants' parental rights to their three children. The court-appointed appellate attorney for each appellant filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Each attorney concludes that the appeal for his respective client is frivolous and without merit. The briefs meet the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in an appeal from a termination of parental rights) (mem. op.); *see also In re K.M.*, 98 S.W.3d 774, 775 (Tex. App.—Fort Worth 2003, order) (same).

The attorney for each appellant certified that a copy of his brief was delivered to his respective client who was advised of his or her right to examine the record and to file a pro se brief. Neither parent filed a pro se brief. After reviewing the record, we agree that each Appellant's appeal is frivolous and without merit. We affirm the trial court's order and grant each Appellant's attorney's motion to withdraw.


Patricia O. Alvarez, Justice